```
                    FILED
            CLERK, U.S. DISTRICT COURT

              February 26, 2014

          CENTRAL DISTRICT OF CALIFORNIA
          BY: ___VPC___ DEPUTY
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGNON JILES an individual<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, MORTGAGE PAS-THROUGH CERTIFICATES, SERIES 2007-1; AMERICAN HOME MORTGAGE CORP. dba AMERICAN BROKERS CONDUIT, and DOES 1 THROUGH 20, INCLUSIVE<br><br>Defendants. | Case No.: 2:13-cv-07311-SJO-MRW<br><br>*Assigned to Hon. S. James Otero*<br><br>**JUDGMENT**<br><br>Complaint filed: July 17, 2013 |

Pursuant to the Court's December 16, 2013 Order Granting the Motion to Dismiss by Defendant, U.S. BANK, N.A., as Trustee for Mastr Adjustable Mortgages Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1

-1-

**[PROPOSED] JUDGMENT**

1  ("Defendant"), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**
2  that Judgment is hereby entered in favor of the Defendant, as prevailing party,
3  and against Plaintiff MIGNON JILES (collectively "Plaintiffs"). Plaintiff shall
4  recover nothing by way of Plaintiff's operative complaint against Defendant.
5      As the prevailing party, Defendant is entitled to attorney's fees and costs
6  by application.
7      **IT IS SO ORDERED.**
8
    **February 26, 2014.**
9
10  Dated: _____     _____
11                                                      Honorable Judge S. James Otero
12                                                      Judge of the United States District Court
                                                    .

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] JUDGMENT**